IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00633-WYD-KLM

JOHN VICINO,

    Plaintiff,

v.

BAY AREA CREDIT SERVICE, LLC, f/k/a TRUELOGIC FINANCIAL CORPORATION, a California Limited Liability Company;
LAW OFFICES OF MITCHELL N. KAY, P.C., a New York Professional Corporation,

    Defendants.

## ORDER

THIS MATTER is before the Court on Defendant Bay Area Credit Service L.L.C.'s Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) or, in the Alternative, for Summary Judgment Pursuant to Fed.R.Civ.P. 56 filed April 28, 2008. Attached to the motion are matters outside the pleadings. If the evidence attached to the motion is not excluded, the motion to dismiss pursuant to Rule 12(b)(6) must be treated as a motion for summary judgment. FED. R. CIV. P. 12(b); *Lucero v. Gunter*, 52 F.3d 874, 877 (10th Cir. 1995).

I find that it is appropriate to consider the evidence Defendant attaches to its motion. Accordingly, notice is hereby given that Defendant's motion shall be treated as a motion for summary judgment and the evidence attached to the response shall be considered. In responding to the motion, Plaintiff must comply with the procedures in my Practice Standards regarding summary judgment motions.

In conclusion, it is

ORDERED that Defendant Bay Area Credit Service L.L.C.'s Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) or, in the Alternative, for Summary Judgment Pursuant to Fed.R.Civ.P. 56 shall be treated as a motion for summary judgment.

Dated: April 29, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge