IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00633-WYD-KLM

JOHN VICINO,

    Plaintiff,

v.

BAY AREA CREDIT SERVICE, LLC, f/k/a TRUELOGIC FINANCIAL CORPORATION, a California Limited Liability Company;
LAW OFFICES OF MITCHELL N. KAY, P.C., a New York Professional Corporation,

    Defendants.

## ORDER

THIS MATTER is before the Court on the parties' Stipulation of Dismissal of Defendant Law Offices of Mitchell N. Kay, P.C. (filed June 5, 2008). The Stipulation seeks a dismissal of Defendant Law Offices of Mitchell N. Kay, P.C. pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The Court, having reviewed the Stipulation and the file, concludes that the Stipulation should be approved. Accordingly, it is

ORDERED that the Stipulation for Dismissal of Defendant Law Offices of Mitchell N. Kay, P.C. is **APPROVED**. Defendant Law Offices of Mitchell N. Kay, P.C. is **DISMISSED WITH PREJUDICE** from this case, with each party to pay his or its own attorney's fees and costs. The case remains pending against the other Defendants.

Dated: June 9, 2008

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge