IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00633-WYD-KLM

JOHN VICINO,

    Plaintiff,

v.

BAY AREA CREDIT SERVICE, LLC, f/k/a TRUELOGIC FINANCIAL CORPORATION, a California Limited Liability Company;
LAW OFFICES OF MITCHELL N. KAY, P.C., a New York Professional Corporation,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal of Defendant Bay Area Credit Service, LLC fka TrueLogic Financial Corporation (filed June 16, 2008). The Stipulation seeks a dismissal of the remaining Defendant in this case. The other Defendant, Law Offices of Mitchell N. Kay, P.C. was dismissed by Order filed June 9, 2008.

The Court, having reviewed the Stipulation and the file, concludes that the Stipulation should be approved. Accordingly, it is

ORDERED that the Stipulation for Dismissal for Dismissal of Defendant Bay Area Credit Service, LLC fka TrueLogic Financial Corporation (filed June 16, 2008) is **APPROVED**. Defendant Bay Area Credit Service, LLC fka TrueLogic Financial Corporation is **DISMISSED WITH PREJUDICE** from this case. Further, since the

claims against both Defendants have now been dismissed, this case is dismissed in its entirety.

Dated: June 23, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge